NUMBER 13-09-00538-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

HILB, ROGAL & HOBBS OF 

CORPUS CHRISTI, INC.

D/B/A HRH OF CORPUS CHRISTI; 

HILB, ROGAL & HOBBS OF TEXAS, L.P.; 

AND HILB, ROGAL & HOBBS COMPANY, Appellants,


v.



SAFECO INSURANCE COMPANY

OF AMERICA , Appellee. 

 

_____________________________________________________________


On Appeal from the 214th District Court 


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez, Justices Yañez and Vela


Memorandum Opinion Per Curiam


 Appellants, Hilb, Rogal & Hobbs of Corpus Christi, Inc., d/b/a HRH of Corpus Christi;
Hilb, Rogal & Hobbs of Texas, L.P.; and Hilb, Rogal & Hobbs Company, perfected an
appeal from a judgment entered by the 214th District Court of Nueces County, Texas, in
cause number 06-6065-F. Appellants have filed a motion to dismiss the appeal with
prejudice on grounds that the parties have reached settlement. Appellants request that
this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants' motion to
dismiss the appeal with prejudice, is of the opinion that the motion should be granted. See
Tex. R. App. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby
DISMISSED with prejudice. Costs will be taxed against appellants. See Tex. R. App. P.
42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). 
Having dismissed the appeal at appellants' request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.


 PER CURIAM

Delivered and filed 

the 25th day of February, 2010.